IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD THOMAS,**

    **Plaintiff,**

**vs.**                                                                  Case No.: 2:12-cv-0538
                                                                            JUDGE SMITH
                                                                            Magistrate Judge King

**WARDEN LEBANON CORRECTIONAL
INSTITUTION,**

    **Defendant.**

## ORDER

On April 22, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  This case is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

                                                                             /s/ *George C. Smith*
                                                                             **GEORGE C. SMITH, JUDGE
                                                                             UNITED STATES DISTRICT COURT**